UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62465-CIV-DIMITROULEAS

MAURICE WALKER,

    Magistrate Judge White

    Plaintiff,

vs.

17TH JUDICIAL CIRCUIT,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court upon the January 3, 2011 Report of Magistrate Judge Patrick A. White [DE-6].  The Court has conducted a *de novo* review of the Report, Plaintiff's Objections [DE-7], the record herein, and is otherwise fully advised in the premises.

The Court agrees with the reasoning and analysis of the Magistrate Judge in determining that the Court should dismiss this case for failure to state a claim upon which relief can be granted.  In particular, the Court points out that Plaintiff's Objections cannot remedy the fact that there is a pending criminal charge in state court.  As such, in the absence of evidence that a "conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus, 28 U.S.C. § 2254," Plaintiff's claims that relate to a pending criminal charge are "not cognizable under § 1983."  Heck v. Humphrey, 512 U.S. 477, 486-487 (1994).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The January 3, 2011 Report of Magistrate Judge Patrick A. White [DE-6] is hereby **ADOPTED**;

2. The above-styled action is hereby **DISMISSED without prejudice,** to be refiled pursuant to 42 U.S.C. § 1983 when and if the state charges are resolved in Plaintiff's favor;

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of January, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge White
Counsel of record

Maurice E. Walker
Broward County Jail
P.O. Box 9356
Fort Lauderdale, FL 33310